HUGHES SALARIED RETIREES ACTION COMMITTEE; Peter Formo; Richard E. Miller; Norman C. Rigby, Plaintiffs–Appellants,

v.

ADMINISTRATOR OF the HUGHES NON–BARGAINING RETIREMENT PLAN, Defendant–Appellee.

No. 93–55384.

United States Court of Appeals, Ninth Circuit.

May 19, 1995.

### *ORDER*

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.